146 So. 319

### STATE of Louisiana v. Dan DAVIS (two cases).

Nos. 32172, 32173.

Jan. 30, 1933.

John R. Hunter, of Alexandria, for appellant.

G. L. Porterie, Atty. Gen., James O'Connor, Asst. Atty. Gen., and Cleveland Dear, Dist. Atty., of Alexandria (James O'Niell, Sp. Asst. to Atty. Gen., of counsel), for the State.

O'NIELL, C. J.

The defendant broke jail and escaped, after he was convicted and sentenced to imprisonment in the penitentiary and had appealed from the conviction and sentence; and he is yet a fugitive from justice. The state, therefore, through the Attorney General, has moved to dismiss the appeal. Article 548 of the Code of Criminal Procedure provides that if the appellant in a criminal case be a fugitive from justice on the day the appeal is returnable, or on the day fixed for hearing the appeal, the appeal will be dismissed.

The appeal is dismissed.